DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WEYMAN BOWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1422

_____

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Manatee County; Stephen Mathew Whyte, Judge.

Weyman Bowers, pro se.


PER CURIAM.

    Affirmed.


NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.